# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MC Brands, LLC, a limited liability company, | Case No.: 2:19-cv-00481-JAD-CHW |
| Plaintiff | **Remand Order** |
| v. | [ECF No. 5] |
| CWNevada, LLC, a limited liability company, | |
| Defendant | |

MC Brands, LLC, filed this misappropriation of trade-secrets and breach-of-a-licensing-agreement action based entirely on state-law claims in Nevada State Court. After the state-court judge granted MC's motion for a temporary restraining order and scheduled a preliminary injunction hearing for April 19, 2019, Defendant CWNevada, LLC removed this case to federal court, citing diversity jurisdiction.[1] MC promptly moved to remand this case back to state court under 28 U.S.C. § 1447(c), explaining that complete diversity is lacking because both the plaintiff and defendants are limited-liability companies that have at least one Nevada-citizen member.[2] CWNevada opposes the motion and argues that this case could have been removed based on either diversity or federal-question jurisdiction.[3]

---

[1] ECF No. 1.

[2] ECF No. 5. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) ("like a partnership, an LLC is a citizen of every state of which its owners/members are citizens").

[3] ECF No. 13.

The burden to establish removal jurisdiction is on the defendant, as the removing party here.[4] Because the defendant has not met that burden, and for the reasons stated on the record during today's oral argument on the motion to remand, I remand this case under 28 U.S.C. § 1447(c). IT IS THEREFORE ORDERED that

- Plaintiff's Emergency Motion to Remand **[ECF No. 5] is GRANTED**; and
- The Clerk of Court is directed to **REMAND this case back to the Eighth Judicial District Court for Clark County, Nevada, Case No. A-19-789678-B, Department 11,** and CLOSE THIS CASE.

Dated: April 12, 2019

_____
U.S. District Judge Jennifer A. Dorsey

---

[4] *See Gaus v. Miles, Inc.*, 980 F.2d 564, 566 (9th Cir. 1992) ("The 'strong presumption' against removal jurisdiction means that the defendant always has the burden of establishing that removal is proper.).